IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JESSE VAN MYERS** | § | |
| | § | |
| v. | § | **CASE NO. 6:07-cv-268** |
| | § | |
| **FRED FULTON, et al.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge (Doc. No. 25), which contains his proposed findings of fact and recommendations for the disposition of the action, has been presented for consideration.  There were no objections to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Plaintiff's case is hereby DISMISSED.

**So ORDERED and SIGNED this 25th day of June, 2008.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**